1

The Honorable Ricardo S. Martinez

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10
AMAZON.COM, INC., a Delaware
corporation; AMAZON.COM SERVICES LLC,
11
a Delaware limited liability company; and

No. 2:23-cv-01374-RSM

**ORDER GRANTING PLAINTIFFS'** *EX
PARTE* **MOTION FOR EXPEDITED
DISCOVERY**

12
Plaintiffs,

13
v.

14
ASHLEY HAWAT, an individual; ZHANG
MENGJIE, an individual; SHENZHEN
15
YUHAN ELECTRONIC COMMERCE CO.,
LTD., a Chinese corporation; Individuals and/or
16
Entities Doing Business as Certain Amazon
Selling Accounts Identified in SCHEDULES
17
1A and 1B; and DOES 1-10,

18
Defendants.

19

20
THIS MATTER came before the Court on the *ex parte* motion by Plaintiffs

21
Amazon.com, Inc. and Amazon.com Services LLC, (together, "Plaintiffs") for leave to serve

22
expedited discovery on third parties (the "Motion"). The Court has considered Plaintiffs' Motion,

23
supporting declarations, and the governing law. Accordingly, it is hereby ORDERED:

24
Plaintiffs' Motion for Expedited Discovery is **GRANTED** as follows:

25
Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve Rule 45

26
subpoenas to International Bank of Chicago and LL Pay U.S., LLC in order to obtain

27
information regarding the identities and locations of Defendants and other bad actors involved in

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR EXPEDITED DISCOVERY - 1
(2:23-cv-01374-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

the alleged counterfeiting scheme. To the extent Plaintiffs identify additional entities or

individuals in subpoena responses as having responsive information related to the identity or

location of Defendants or other bad actors responsible for the counterfeiting scheme alleged in

the Complaint, Plaintiffs will seek leave from the Court to serve additional Rule 45 subpoenas on

those entities or individuals.

SO ORDERED this 3rd day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott Commerson
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR EXPEDITED DISCOVERY - 2
(2:23-cv-01374-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax