1

2

3

4

5

6

The Honorable Ricardo S. Martinez

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    AMAZON.COM, INC., a Delaware
      corporation; and AMAZON.COM SERVICES
11    LLC, a Delaware limited liability company,

12         Plaintiffs,

13         v.

14    HUANG JUNHONG, an individual; WU
      JINMEI, an individual; MA RIBIAO, an
15    individual; and DOES 1-10,

16         Defendants.

No. 2:23-cv-01374-RSM

**ORDER GRANTING PLAINTIFFS'**
***EX PARTE* MOTION TO FILE**
**OVER-LENGTH *EX PARTE***
**MOTION FOR ALTERNATIVE**
**SERVICE**

17

18         THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs

19    Amazon.com, Inc., and Amazon.com Services LLC (collectively, "Plaintiffs") for leave to file an

20    over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule

21    7(f). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS**

22    Plaintiffs leave to file a motion for alternative service not to exceed 2,900 words.

23         DATED this 18th day of June, 2024.

24

25

26                                          RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

27

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-01374-RSM)

1    Presented by:

2    DAVIS WRIGHT TREMAINE LLP
     *Attorneys for Plaintiffs*

3

4    *s/ Scott Commerson*
     Scott Commerson, WSBA #58085

5    865 South Figueroa Street, Suite 2400
     Los Angeles, CA 90017-2566

6    Tel: (213) 633-6800
     Fax: (213) 633-6899

7    Email: scottcomemrson@dwt.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:23-cv-01374-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax