The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>HUANG JUNHONG, an individual; WU JINMEI, an individual; MA RIBIAO, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-01374-RSM<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Alternative Service (the "Motion") brought by Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Plaintiffs"). The Court having considered Plaintiffs' Motion and finding good cause, it is hereby ORDERED:

1. Plaintiffs' Motion is **GRANTED**.

2. Plaintiffs are authorized to serve the following Defendants via the email addresses listed below:

    a. Defendant Huang: 309302442@qq.com

    b. Defendant Wu: qwe161301@163.com

    c. Defendant Ma: liuandeshoujihao@163.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR ALTERNATIVE SERVICE - 1
(2:23-cv-01374-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

SO ORDERED this 24th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 2
(2:23-cv-01374-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax