1

The Honorable Ricardo S. Martinez

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10  AMAZON.COM, INC., a Delaware
    corporation; and AMAZON.COM SERVICES
11  LLC, a Delaware limited liability company,

No. 2:23-cv-01374-RSM

**CLERK'S ORDER GRANTING
MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANTS**

12                          Plaintiffs,

13          v.

14  HUANG JUNHONG, an individual; WU
    JINMEI, an individual; MA RIBIAO, an
15  individual; and DOES 1-10,

16                          Defendants.

17

18          THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc., and

19  Amazon.com Services LLC's (collectively, "Plaintiffs") Motion for Entry of Default (the

20  "Motion") against Defendants Huang Junhong, Wu Jinmei, and Ma Ribiao (collectively,

21  "Defendants").

22          The Court, having considered the Motion, the governing law, and being fully advised,

23  finds that Defendants have not filed a responsive pleading to the First Amended Complaint (Dkt.

24  16), which they were required to do by July 17, 2024, in accordance with Federal Rule of Civil

25  Procedure 12(a)(1)(A)(i).

26          Accordingly, it is hereby ORDERED that Defendants Huang Junhong, Wu Jinmei, and

27  Ma Ribiao are in default.

CLERK'S ORDER GRANTING
MOTION FOR ENTRY OF DEFAULT- 1
(2:23-cv-01374-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1

2          SO ORDERED this 1st day of August, 2024.

3                                             RAVI SUBRAMANDIAN
                                             CLERK OF COURT
4

5                                             By: s/ *Laurie Cuaresma*, Deputy Clerk

6

7
          Presented by:
8
          DAVIS WRIGHT TREMAINE LLP
9         *Attorneys for Plaintiffs*

10

          *s/ Scott Commerson*
11        Scott Commerson, WSBA #58085
          865 South Figueroa Street, Suite 2400
12        Los Angeles, CA 90017-2566
          Tel: (213) 633-6800
13        Fax: (213) 633-6899
          Email: scottcommerson@dwt.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CLERK'S ORDER GRANTING
MOTION FOR ENTRY OF DEFAULT- 2
(2:23-cv-01374-RSM)